UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMADSOROUSH
GHAHRISARABI,

        Plaintiff,

     v.

KRISTI NOEM, et al.,

        Defendants.

Case No. 25-cv-08546-KAW

ORDER TO SHOW CAUSE

Re: Dkt. No. 19

On March 25, 2026, Defendants filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was April 8, 2026.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before April 15, 2026, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before May 22, 2026.

IT IS SO ORDERED.

Dated: April 9, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California