CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
FAX: (415) 436-7234
sarah.balkissoon@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOHAMMADSOROUSH GHAHRISARABI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | Case No. 4:25-CV-08546-KAW<br><br>**JOINT STIPULATION TO REMAND (AS MODIFIED BY COURT); ORDER** |

Plaintiff filed this mandamus action seeking adjudication of his Form N-400, Application for Naturalization. The parties, through their undersigned counsel of record, hereby stipulate to the remand of this matter to United Citizenship and Immigration Services to complete the adjudication of Plaintiff's Form N-400 application for naturalization as follows:

1. United States Citizenship and Immigration Services ("USCIS") issues any Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") in writing within 21 days of the remand order, with no further interview, since Plaintiff has already been interviewed twice.

2. Plaintiff responds within 14 days of issuance.

3. USCIS issues a final decision within 60 days of the remand order, whether or not an RFE or NOID is issued.

4. If USCIS fails to issue a final decision within 60 days, Plaintiff may move to reopen the

proceedings and Defendants will not oppose reopening on the basis of the prior remand.

5. Each of the parties shall bear their own costs and fees.

Dated: November 20, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney
Attorneys for Defendants

Dated: November 19, 2026

*/s/ Sahar Mousavi*
SAHAR MOUSAVI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

1. United States Citizenship and Immigration Services ("USCIS") issues any Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") in writing within 21 days of the remand order, with no further interview, since Plaintiff has already been interviewed twice.

2. Plaintiff responds within 14 days of issuance.

3. USCIS issues a final decision within 60 days of the remand order, whether or not an RFE or NOID is issued.

4. If USCIS fails to issue a final decision within 60 days, Plaintiff may move to reopen the proceedings and Defendants will not oppose reopening on the basis of the prior remand.

Date: November 20, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.